*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided June 18, 2002

## STATE OF CONNECTICUT *v.* ERNEST FRANCIS

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 378 (AC 21381), is denied.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Michael E. O'Hare*, supervisory assistant state's attorney, in opposition.

Decided June 18, 2002